UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARNETTA HOWARD** | **CIVIL ACTION NO.** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **HOME DEPOT U.S.A., INC. AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION OF MEGAN PETERSON

COMES NOW, **MEGAN PETERSON,** who under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel for defendant, Home Depot U.S.A., Inc. ("Home Depot").

2. On May 13, 2020, Warnetta Howard ("Plaintiff"), filed suit in the Civil District Court for the Parish of Orleans, State of Louisiana, against Home Depot ("Petition"). *See* **Exhibit B**, Petition for Damages.

3. In Plaintiff's Petition, it is alleged that on May 28, 2019, while shopping at the Home Depot Store in New Orleans, Louisiana, Plaintiff slipped and fell. Plaintiff seeks to recover damages for personal injuries allegedly sustained as a result of the accident. *See* **Exhibit B**, Petition for Damages.

4. On present information and belief, the Petition and Citation have not yet been served on Home Depot through its registered agent for service of process.

5. The Petition fails to describe with any degree of specificity the scope and/or extent of the alleged injuries or damages sustained by Plaintiff. Instead, the Petition

    generally states that Plaintiff fell "suddenly, forcefully, and violently to the ground" in this incident. *See* **Exhibit B**, Petition for Damages, ¶ 4.

6. Plaintiff also alleges that she is entitled to "past, present and future medical expenses; past, present and future mental and physical pain and suffering; and residual disability." *See* **Exhibit B**, Petition for Damages, ¶ 8.

7. Prior to Plaintiff's filing of the instant lawsuit, Home Depot received written correspondence from Plaintiff's counsel containing a settlement demand on behalf of Plaintiff, which put Home Depot on notice that the amount in controversy exceeds $75,000, exclusive of interest and costs, in this case involving diverse parties. This correspondence included a demand in the amount of $495,000, and explained that Plaintiff has complained of pain throughout her body and primarily in her neck, for which she has been recommended to undergo cervical spine an anterior cervical discectomy and fusion from C4 to C7. *See* **Exhibit C**, Plaintiff's Demand. The surgical estimate included with the demand suggests that the cost for the recommended procedure is $192,020. *See id.*

8. The surgical estimate alone places the amount in controversy in excess of the jurisdictional requirements of this Court. *See* **Exhibit C**. Further, research discloses that actions involving a multiple-level spinal procedure referenced in the demand and surgical estimates place the amount in controversy in excess of $75,000.

9. Considering the foregoing, this action is between completely diverse parties and involves an amount in controversy in excess of $75,000 and thus under the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332.

10. The foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2020.

*Megan S. Peterson*
_____
MEGAN S. PETERSON

EXHIBIT A