UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARNETTA HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1696** |
| **HOME DEPOT U.S.A., INC., ET AL** | **SECTION: "S" (3)** |

## ORDER AND REASONS

Before the court is the **Motion In Limine** (Rec. Doc. 14) filed by defendant, Home Depot USA, Inc., in which it seeks a ruling in limine to exclude: (1) any evidence of medical causation, sought to be introduced through a lay witness; (2) any opinions of plaintiff's treating physicians not contained within plaintiff's medical records, as no reports of any physicians have been provided; and (3) any evidence of medical diagnoses, treatment, and prognoses sought to be introduced through hearsay evidence. Counsel for plaintiff has informed the court that plaintiff does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the **Motion In Limine** (Rec. Doc. 14) is **GRANTED** as unopposed.

New Orleans, Louisiana, this   21st   day of April, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE